**Drexel Ice Cream Company, Appellee, v. Joseph Armenali and Julius Armenali, Appellants.**

**Gen. No. 40,568.**

opinion filed December 5, 1939. Rudnick & Wolfe, for appellants; Seymour Stedman, for appellee. Opinion by PRESIDING JUSTICE JOHN J. SULLIVAN. "Not to be published in full."